**UNITED STATES of America, Appellant, v. Robert L. BUCHANAN.**

No. 8968.

Circuit Court of Appeals, Eighth Circuit.

Oct. 9, 1930.

Wallace Townsend, U. S. Atty., J. A. Tellier, Sp. Asst. U. S. Atty. and Cleveland Cabler, Atty. U. S. Veterans' Bureau, all of Little Rock, Ark.

John E. Miller, of Searcy, Ark., for appellee.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, on motion of appellant and consent of appellee.

**UNITED STATES of America, Appellant, v. Roy Ellsworth BURK.**

No. 9022.

Circuit Court of Appeals, Eighth Circuit.

Oct. 6, 1930.

George A. Keyser, Asst. U. S. Atty., of Omaha, Neb.

J. W. Kinsinger and G. E. Price, both of Lincoln, Neb., for appellee.

PER CURIAM.

Appeal docketed and dismissed on motion of appellant and consent of appellee.

**UNITED STATES of America, Appellant, v. CHICAGO & NORTHWESTERN RAILWAY CO.**

No. 9091.

Circuit Court of Appeals, Eighth Circuit.

Dec. 18, 1930.

Charles E. Sandall, U. S. Atty., of Omaha, Neb.

Wymer Dressler, of Omaha, Neb., for appellee.

PER CURIAM.

Appeal docketed and dismissed on motion of appellant and consent of appellee.

**UNITED STATES of America, Appellant, v. Harry V. DUNLAP, Appellee.**

No. 6325.

Circuit Court of Appeals, Ninth Circuit.

Dec. 1, 1930.

For opinion below, see 43 F.(2d) 999.

Before RUDKIN and WILBUR, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Pursuant to motion of appellant and stipulation of counsel for respective parties, ordered appeal herein dismissed; mandate forthwith.

**UNITED STATES of America, Appellant, v. Adolph J. KOBS, Appellee.**

No. 6344.

Circuit Court of Appeals, Ninth Circuit.

Dec. 22, 1930.

Before WILBUR, Circuit Judge, and KERRIGAN, District Judge.

PER CURIAM.

Ordered appeal dismissed pursuant to stipulation of counsel for respective parties; mandate forthwith.

**UNITED STATES of America, Appellant, v. Martha E. MULLEN.**

No. 9023.

Circuit Court of Appeals, Eighth Circuit.

Oct. 6, 1930.

George A. Keyser, Asst. U. S. Atty., of Omaha, Neb.